UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TRUSTEES OF THE PAINTERS UNION
DEPOSIT FUND,                                        Case No. 12-cv-15517

       Plaintiff,                                        HONORABLE STEPHEN J. MURPHY, III

v.

PASKOTECH PAINTING INDUSTRIAL
FLOORING, INC., et al.,

       Defendants.

                                         /

**ORDER ADOPTING REPORT AND RECOMMENDATION** (docket no. 18), **AND GRANTING PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT** (docket no. 12)

This matter is before the Court on Plaintiff Trustees of the Painters Union Deposit Fund's Motion for Default Judgment. ECF No. 12. By its complaint, Plaintiff sought to collect delinquent fringe benefit contributions pursuant to a collective bargaining agreement signed by Defendant on September 23, 2011. Compl. ¶ 5. Default was previously entered because Defendant failed to respond to Plaintiff's complaint after being duly served. Default ECF No. 11.

The Court referred the motion to a magistrate judge, who held a hearing on the motion on March 28, 2013. Report, ECF No. 18. The magistrate judge recommends granting Plaintiff's motion for default judgment and entering judgment against Paskotech Painting Industrial Flooring, Inc., d/b/a Paskotech, Inc. in the amount of $36,188.16, and liquidated damages for late payments in the amount of $7,237.63, for a total judgment of $43,425.79, for the period of January 1, 2012, through October 31, 2012. *Id.* at 2.

After review of Plaintiff's complaint and motion, the Court agrees with the magistrate

judge's recommendation and will grant the motion for default.

**WHEREFORE** it is hereby **ORDERED** that the report and recommendation (docket

no. 18) is **ADOPTED** and Plaintiff's motion for default judgment (docket no. 12) is

**GRANTED**.

**SO ORDERED**.

> s/Stephen J. Murphy, III
> STEPHEN J. MURPHY, III
> United States District Judge

Dated: April 30, 2013

I hereby certify that a copy of the foregoing document was served upon the parties and/or
counsel of record on May 1, 2013, by electronic and/or ordinary mail.

> Carol Cohron
> Case Manager

2